

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James Schwing, Appellant

No. 06-15-00162-CR     v.

The State of Texas, Appellee

Appeal from the 207th District Court of Comal County, Texas (Tr. Ct. No. CR2014-385). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Schwing pled true to only the second enhancement allegation. As modified, the judgment of the trial court is affirmed.

      We note that the appellant, James Schwing, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 20, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk